**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**JIMMY EARL DAVIS,**

     **Plaintiff,**

**vs.**                                                                      **CASE NO. 4:06CV186-MP/AK**

**DEPARTMENT OF CORRECTIONS,**

     **Defendants.**

                                         **/**


**O R D E R**

Presently before the Court is Plaintiff's Motion for Extension of Time to file a response to the pending motion for summary judgment.  (Doc. 83).  Plaintiff states that he has misplaced the Order setting the time for his response, which the Court will direct be attached to this order.  Plaintiff had thirty days to file any discovery motions and through February 14, 2008, to file a response.  He seeks an extension through April 14, 2008, which the Court will not grant in its entirety at this point.  However, insofar as Plaintiff seeks an extension, the Court will **GRANT** the motion (doc. 83) and extend the time for filing any discovery motions through **February 14, 2008**, and the final response time is extended through **March 14, 2008.  The Clerk is to attach a copy of Document 81 to this Order.**

     **DONE AND ORDERED** this ___7th___ day of January, 2008.


                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**