**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE DIVISION**

**JIMMY EARL DAVIS,**

    Plaintiff,

vs.                                  **CASE NO. 4:06CV186-MP/AK**

**CANDY HIGHTOWER, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Discovery, with proposed discovery attached. (Doc. 85). Plaintiff's motion is **GRANTED**, and the attached proposed discovery is deemed served upon Defendants on this date. Since Rule 34 Requests for Production of Documents should be served on parties to a lawsuit and the attorney general is not a defendant, the requests shall be deemed served on the defendants collectively.

By granting this motion and directing that the discovery be served, the Court is in no way commenting on the particular discovery requests and the rules regarding objections still apply.

**DONE AND ORDERED** this _17th_ day of January, 2008.

                                                   *s/ A. KORNBLUM*
                                                 **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**