**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JIMMY EARL DAVIS,**

    **Plaintiff,**

**vs.**                        **CASE NO. 4:06CV186-MP/AK**

**CANDY HIGHTOWER, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for Clarification, wherein he requests the status of his discovery efforts. (Doc. 97). As the Order entered previously (doc. 89) explained, no discovery shall be served on the newly added defendants until after they have been served and have responded to the complaint. Summons was returned executed on newly added Defendants McCrainie and Markham, whose response is due on April 8, 2008, and April 19, 2008, respectively. Summons was returned un-executed on Richard Harvey with the notation that he is no longer employed at Taylor Correctional Institution and no forwarding information was provided. (Doc. 93). Once Defendants McCrainie and Markham have filed their Special Report an Order will be entered directing Plaintiff on the procedure regarding discovery concerning them. Until such time he should not attempt to serve discovery on these defendants. Thus, insofar as Plaintiff has requested leave to serve discovery upon the newly added defendants in his Request (doc. 91), his request is denied. Also, insofar as Plaintiff has included in his Request for Admissions, requests upon these newly

added Defendants (doc. 92), the request is denied.  However, as to those discovery requests which concern Defendants who have been served and who have filed a response to the complaint (Defendants Chancy, Hightower, Reams, and Smith) leave shall be granted and the requests are deemed served as of this date.  In an attempt to clarify what requests Defendants are expected to respond to and when they should respond to them, the Court will set forth below those requests and set the time frame for response to begin on this date.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion for Clarification (doc. 97) is **GRANTED**, and the following discovery requests are deemed served on this date and the time within which the Defendants shall respond will begin to run from this date: Second Requests for Production upon Cheryl Smith (doc. 87, attachment 1); Second Set of Interrogatories upon Candy Hightower (doc. 87, attachment 5); Request for Admissions upon Candy Hightower, Robert Reams, Cheryl Smith, and Sherri Chancy (doc. 92).  All other discovery requests may be properly disregarded by the Defendants.

2.  Plaintiff shall respond to the pending motion for summary judgment (doc. 82) on or before **May 16, 2008.**

**DONE AND ORDERED** this 7th day of March, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv186-mp/ak**