IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JIMMY EARL DAVIS,**

    Plaintiff,

vs.                                       **CASE NO. 4:06cv186-MP/AK**

**CANDY HIGHTOWER, et al.,**

    Defendants.

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Discovery with attached proposed discovery to be served on the defendants and others. (Doc. 105). Having considered said motion, (doc. 105), the Court is of the opinion that it should be **GRANTED**.

The interrogatories and request for documents to be served upon Defendants (doc. 105, exhibits 2, 3, and 4) shall be deemed served on this date and the time within which defendants are to respond shall begin to run from this date. By serving said discovery, the Court is not commenting on the appropriateness thereof.

Plaintiff also seeks assistance in obtaining an affidavit from former Inmate Jeffery L. Miller, an alleged eye witness to the events in question. (Doc. 105, Exhibit 5). Plaintiff has not provided a free-world address or inmate number for this person. However, the Court will ask the assistance of the Deputy General Counsel of the

Department of Corrections to facilitate service of this request for affidavit, if possible, with the information provided.

Plaintiff also seeks leave to serve interrogatories upon non-parties Colonel Mills, Chaplain Naiman, and the Records Clerk at Taylor Correctional Institution. (Doc. 105, Exhibits 6, 7, and 8). Since interrogatories are a discovery procedure for parties only, these questions shall be deemed written deposition questions pursuant to FED. R. CIV. P. 31 and the Court will also ask Kathleen Von Hoene, Deputy General Counsel, for her assistance in this regard as well. Within fourteen (14) days, the Deputy General Counsel shall provide the deposition questions to the appropriate litigation coordinator at Taylor Correctional Institution. The litigation coordinator shall promptly take the sworn testimony (responses) of the witnesses (Mills, Naiman and the Records Clerk) and shall return the responses to the Deputy General Counsel who shall then return the written deposition responses to Plaintiff. The responses shall be returned to Plaintiff within thirty (30) days from the date of this Order.

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion for Discovery (doc. 105) is **GRANTED,** and the discovery requests to be served upon Defendants (exhibits 2, 3, and 4) shall be deemed served upon the on this date.

2. **The Clerk of Court shall mail a copy of this Order to Kathleen Von Hoene, Deputy General Counsel, at 2601 Blair Stone Road, Tallahassee, Florida 32399-2500, as well as copies of exhibits 5, 6, 7, and 8, seeking her assistance in this matter.** Within fourteen (14) days of the date of receipt, the Deputy General

Counsel shall determine the current location of former inmate Jeffery L. Miller and mail to him the attached affidavit and shall provide the deposition questions to the appropriate litigation coordinators at Taylor Correctional Institution for response by Colonel Mills, Chaplain Naiman, and the Records Clerk employed there.  The litigation coordinator(s) shall promptly take the sworn testimony of these persons and shall return the responses to the Deputy General Counsel who shall then return the written deposition responses to Plaintiff.  The responses shall be provided to Plaintiff within thirty (30) days from this date.

**DONE AND ORDERED** this **6TH** day of May, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**