IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JIMMY EARL DAVIS,**

    **Plaintiff,**

vs.                                                       **CASE NO. 4:06cv186-MP/AK**

**CANDY HIGHTOWER, et al.,**

    **Defendants.**

                                          /

**O R D E R**

Presently before the Court is Defendant's Motion to Vacate the Court's previous Order (doc. 106) granting Plaintiff's Motion for Discovery as to discovery sought to be served through the DOC legal department upon non-parties and a former inmate. (Doc. 107). Having considered said motion, the Court is of the opinion that it should be **GRANTED**.

In an attempt to move this aging case along to some final resolution, the Court granted Plaintiff discovery without waiting for a response from Defendants. The arguments set forth in the motion to vacate are persuasive and should be considered prior to ordering this type of discovery from persons not named as defendants in this lawsuit. Consequently, the order on discovery (doc. 106) is hereby **VACATED**, as to the affidavit and deposition questions sought to be served upon Jeffery Miller, Colonel Mills, Chaplain Naiman, and the Records Clerk at Taylor Correctional Institution. (Doc. 106, ¶2).

Plaintiff shall consider the arguments made in the motion to vacate as responsive to, and in opposition to, these discovery requests and is hereby granted leave to file a reply thereto, making his best arguments as to why this discovery should be served.

Further, the Court was unaware that Plaintiff had already been provided with the address of his free world witness since discovery is not filed and Plaintiff did not indicate that he had this information.  Plaintiff may serve his own request upon Jeffery L. Miller.

Accordingly, it is

**ORDERED:**

1. Defendants' Motion to Vacate (doc. 107) is **GRANTED**, and ¶ 2 of that order is hereby **VACATED**.

2.  Plaintiff shall file a reply to the arguments made in the motion to vacate against service of the proposed discovery upon Mills, Naiman and the Records Clerk, on or before **May 23, 2008**, or said discovery shall be deemed withdrawn.  Plaintiff shall mail his request for affidavit to Jeffery Miller as soon as possible.

3.  Plaintiff's response to the pending motion for summary judgment (doc. 104) shall be filed no later than **June 30, 2008.**

**DONE AND ORDERED** this _**14**[th]_ day of May, 2008.

> _s/ A. KORNBLUM_
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**