**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JIMMY EARL DAVIS,**

      **Plaintiff,**

**vs.**                               **CASE NO. 4:06CV186-MP/AK**

**CANDY HIGHTOWER, et al,**

      **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action are the following motions filed by Plaintiff: (1) Plaintiff's Motion for Extension of Time (doc. 109) and (2) Plaintiff's Motion for Discovery (doc. 110); and Plaintiff's second Motion for Extension of Time. (Doc. 115).

Plaintiff seeks sixty additional days to file his response to the pending motion for summary judgment and leave to serve two sets of requests for admissions upon Defendants McCranie and Markham.  Contrary to the representations set forth in the motion for discovery, no proposed discovery was attached thereto.  However, for the sake of expediency the Court will grant Plaintiff's request to serve requests for admissions upon McCranie and Markham, but he will have to mail them the requests separately since they are not docketed with the motion. Plaintiff shall make these requests to the defendants on or before **July 22, 2008**, and they shall thirty days to

respond thereto.  Plaintiff shall file his final response to the motion for summary judgment thirty days thereafter or by September 22, 2008.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motions for Extension of Time (docs. 109 and 115) are **GRANTED**, and he shall have through **September 22, 2008**, to file his final response to the pending motion for summary judgment.

2.  Plaintiff's Motion for Discovery (doc. 110) is **GRANTED**, and he shall mail his requests for admissions on or before **July 22, 2008.**

**DONE AND ORDERED** this  *14th*   day of July, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:06cv186-mp/ak**